Mark F. Anderson (SBN 44787)
Andrew J. Ogilvie (SBN 57932)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Ste 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Racquel L. Vogus and Trenton D. Vogus

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACQUEL L. VOGUS and TRENTON D. VOGUS,<br><br>    Plaintiff,<br><br>v.<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC. CONSUMERINFO.COM, INC.; QUIZZLELLC; TRANS UNION LLC; TRANSUNION INTERACTIVE, INC,,<br><br>    Defendants. | Case No. 3:13-cv-02252-WHO<br><br>STIPULATION & ORDER RE SCHEDULING |

Whereas, on October 23, 2013, the Court ordered that mediation in this matter be completed within 120 days;

Whereas, plaintiff Racquel L. Vogus is expecting a child to be delivered on or about February 2, 2014;

Whereas, Ms Vogus and her husband Trenton Vogus live in Loveland, Colorado;

**STIP & ORDER RE SCHEDULING – VOGUS V EXPERIAN INFO SOLTNS, 3:13-CV-02252-WHO**

Whereas, between Ms Vogus and her husband, she was the person most involved in the subject matter of the lawsuit;

Whereas, for various reasons, Ms Vogus does not want to leave her newborn and her other four children to travel to San Francisco until after March 31, 2014;

Whereas, on December 10, 2014, the parties and appointed mediator R. Stephen Goldstein participated in a telephone conference during which they agreed that they would revisit the date for mediation until the Court considers and approves this stipulation;

IT IS HEREBY STIPULATED that the time to complete mediation in this action is extended to and through April 30, 2014; the fact discovery cutoff is extended to June 30, 2014; the deadline for expert disclosure is extended to May 30, 2014; the deadline for disclosure of rebuttal experts is extended to June 30, 2014; and the cutoff for expert discovery is extended to July 30, 2014.

Date: January 15, 2014

*/s/ Justin T. Walton*
Justin T. Walton/
 (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Phone: 317.363.2400
Fax: 317.363.2257
jwalton@schuckitlaw.com

Monica Katz-Lapides (SBN 257231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email: mkl@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC and TransUnion Interactive*

**STIP & ORDER RE SCHEDULING – VOGUS V EXPERIAN INFO SOLTNS, 3:13-CV-02252-WHO**

| | | |
|---|---|---|
| 1 | Date: January 15, 2014 | /s/ *Mark F. Anderson* |
| 2 | | Mark F. Anderson, SBN 44787 |
| | | Anderson, Ogilvie & Brewer LLP |
| 3 | | 235 Montgomery Street |
| | | San Francisco, CA 94104, Ste 914 |
| 4 | | Phone: 415.651.1951 |
| | | Fax: 415.500.8300 |
| 5 | | mark@aoblawyers.com |
| 6 | | Counsel for Plaintiffs |
| 7 | Date: January 15, 2014 | */s/ Angela M. Taylor* |
| | | Angela M. Taylor (SBN 210425) |
| 8 | | Edward S. Chang (SBN 241682) |
| | | JONES DAY |
| 9 | | 3161 Michelson Drive |
| | | Suite 800 |
| 10 | | Irvine, CA 92612-4408 |
| | | Phone: 949.553-7560 |
| 11 | | Fax: 949.553-7539 |
| 12 | | ataylor@jonesday.com |
| | | Counsel for Experian Information Solutions, |
| 13 | | Inc. & ConsumerInfo.com |
| 14 | Dated: January 15, 2014 | /s/ *Siavash Daniel Rashtian* |
| 15 | | Siavash Daniel Rashtian (SBN 228644) |
| | | TROUTMAN SANDERS LLP |
| 16 | | 5 Park Plaza, Suite 1400 |
| 17 | | Irvine, CA 92614-2545 |
| | | Phone: 949.622.2700 |
| 18 | | Fax: 949.622.2739 |
| | | daniel.rashtian@troutmansanders.com |
| 19 | | |
| 20 | | Counsel for Defendant Quizzle LLC |
| 21 | | |
| 22 | // | |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |
| 27 | | |
| 28 | // | |

**STIP & ORDER RE SCHEDULING – VOGUS V EXPERIAN INFO SOLTNS, 3:13-CV-02252-WHO**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the parties' stipulation and for good cause shown, the time within which to complete mediation in this matter is extended to and through April 30, 2014; the fact discovery cutoff is extended to June 30, 2014; the deadline for expert disclosure is extended to May 30, 2014; the deadline for disclosure of rebuttal experts is extended to June 30, 2014; and the cutoff for expert discovery shall extended to July 30, 2014.  The trial date, pretrial conference and last day to hear motions shall remain unchanged.  The Case Management Conference scheduled for March 4, 2014 shall be continued to **May 13, 2014**.

Dated: January 16, 2014.

_____
Judge of the U.S. District Court